**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

| Case No.: | 20-70310-HDH | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | JODY WADE ENTERPRISES, LLC | Date Filed (f) or Converted (c): | 08/13/2021 (c) |
| For the Period Ending: | 12/31/2021 | §341(a) Meeting Date: | 09/15/2021 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Second amended schedule lists 11 total vehicles titled or held in the name of this debtor (u) | $56,570.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Second amened schedules (DN 76) amends the schedules to list 11 total vehicles for this debtor. Original schedules list the value of this asset at $700,000.00 with liens of over $1,000,000.00 First amended schedules reduce this value to $96,250.00. Due to the change in value as well as the removal of vehicles in the bulk asset, the Trustee considers this an unscheduled asset The Trustee has filed a Notice of Intent to Abandon (DN 82) due to the amount of liens attached to these vehicles | | | | | |
| 2 Mr. Wade, debtor Jody Wade Enterprises, LLC and Collins Motor Company, LLC have claims against First Captial Bank of Texas, N.A. | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** Debtor's counsel lists 9 possible causes of action on DN 23 and acknowledges that all claims will be disputed, thus no value can be assigned. The Trustee is working to decipher the claims and the possible benefit to the estate, if any, to bring forward. | | | | | |
| 3 Jody Wade, Jody Wade Enterprises, LLC and Collins Motor Co claims against First Capital Bank. This asset is listed twice on original petition | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** Debtor's counsel lists 9 possible causes of action on DN 23 and acknowledges that all claims will be disputed, thus no value can be assigned. The Trustee is working to decipher the claims and the possible benefit to the estate, if any, to bring forward. | | | | | |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $56,570.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**
12/20/2021   Trustee is negotiating with creditor to determine sale of causes of action

| **Initial Projected Date Of Final Report (TFR):** | 08/13/2023 | **Current Projected Date Of Final Report (TFR):** | /s/ SCOTT M. SEIDEL |
|---|---|---|---|
| | | | SCOTT M. SEIDEL |